UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | § § § § | |
| and | § § | |
| Joshua Male Plaintiff-Intervenor, | § § § | |
| v. | § § § | CIVIL ACTION NO. H-09-3142 |
| AMINO TRANSPORT, INC., CHARIOT EXPRESS, INC., and CHARIOT MANAGEMENT, LLC, Defendant. | § § § § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiffs and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **May 27, 2010,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **28**[th] day of **April, 2010**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2009\3142Conditional.wpd   100428.1125